UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERICA PAGE, mother and next friend of ZAMEYAH COLEMAN, a minor, and individually, | ) ) ) | |
| Plaintiffs, | ) ) | No. 13 C 7893 |
| v. | ) ) | Judge Coleman |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677

It is hereby stipulated by and between the undersigned plaintiffs and the United States of America, by and through their respective attorneys, as follows:

1.     The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

2.     The United States of America agrees to pay the sum of $610,000, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this settlement, including any claims for wrongful death, for which plaintiffs or plaintiffs' guardians, heirs, executors, administrators,

or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3.     Plaintiffs and plaintiffs' guardians, heirs, executors, administrators, and assigns hereby agree to accept the sums set forth in this Stipulation of Compromise Settlement in full settlement, satisfaction, and release of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants, or employees on account of the same subject matter that gave rise to the above-captioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. Plaintiffs and plaintiffs' guardians, heirs, executors, administrators, and assigns further agree to reimburse, indemnify, and hold harmless the United States of America, its agents, servants, and employees from and against any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiffs or their guardians, heirs, executors, administrators or assigns against any third party or against the United States, including claims for wrongful death.

4.     This Stipulation for Compromise Settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to the plaintiffs. This settlement is entered into by all parties for the purpose of compromising disputed

2

claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

5.    It is also agreed, by and between the parties, to dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each of the parties to bear their own costs, fees, and expenses, and that any attorney's fees will be paid out of the settlement amount and not in addition thereto.

6.    It is also understood by and between the parties that pursuant to 28 U.S.C. § 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

7.    The persons signing this Stipulation for Compromise Settlement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement.   The plaintiffs must obtain court approval of the settlement at plaintiffs' expense.  Plaintiffs agree to obtain such approval in a timely manner: time being of the essence.  Plaintiffs further agree that the United States may void this settlement at its option in the event such approval is not obtained in a timely manner.  In the event plaintiffs fail to obtain such court approval, the entire Stipulation for Compromise Settlement and the compromise settlement are null and void.

8.    Payment of the settlement amount will be made by government wire transfer as per following:

A.    Signature Bank
B.    6400 N. Northwest Highway
C.    Chicago, Illinois 60631
D.    Federal Reserve Number: 3437483
E.    Routing Number: 071026628
F.    Name of Account: Cirignani, Heller & Harman, LLP IOLTAF

3

G.    Account Number: 7000013516

The timing of payment of the amount agreed by the parties in this action is subject to the availability of appropriated funds. 42 U.S.C. § 233(k).  Plaintiffs' attorney agrees to distribute the settlement proceeds to plaintiffs.

9.    The parties agree that this Stipulation for Compromise Settlement, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and the plaintiffs expressly consent to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

10.    It is contemplated that this Stipulation for Compromise Settlement may be executed in several counterparts, with a separate signature page for each party.  All such counterparts and signature pages, together, shall be deemed to be one document.

11.    This stipulation contains the entire agreement between the parties with respect to the subject of this litigation and supersedes all prior negotiations and writings regarding this matter.  Any modification of this stipulation may be made only in a writing signed by or on behalf of all parties.

Attorney for defendant:                    ZACHARY T. FARDON
                                           United States Attorney

                                           By: Jonathen Hai C

                                           JONATHAN C. HAILE
                                           Assistant United States Attorney
                                           219 South Dearborn Street
                                           Chicago, Illinois 60604
                                           (312) 886-2055
                                           jonathan.haile@usdoj.gov

                                           Executed this 24ʳ day of July, 2015.

4

Attorney for plaintiffs:

JAMES HARMAN
Cirigani, Heller & Harman, LLP
150 S. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 477-2500
jim@medsuit.com

Executed this _15_ day of July, 2015.

Plaintiffs:

ERICA PAGE, as mother and
next friend of
ZAMEYAH COLEMAN,
a minor
1240 S. 55th Court
Cicero, Illinois 60804

Executed this _15th_ day of July, 2015.

ERICA PAGE, individually
1240 S. 55th Court
Cicero, Illinois 60804

Executed this _15th_ day of July, 2015.